IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

33 REALTY MANAGEMENT,

    Plaintiff,

v.

CIARA WILLIAMS,

    Defendants.

CIVIL ACTION NO.
1:18-CV-946-AT

## **ORDER**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R&R") that this dispossessory action be remanded to the Magistrate Court of Fulton County for lack of subject matter jurisdiction [Doc. 3]. Defendant, who is proceeding *pro se*, filed a notice of removal that includes a request for preliminary and permanent injunction as well as a temporary restraining order ("TRO"). The Magistrate Judge found that this Court lacks subject matter jurisdiction over the case. (R&R at 7.)

Under 28 U.S.C. § 636(b)(1), the Court reviews the Magistrate Judge's R&R for clear error if no objections are filed to the report. 28 U.S.C. § 636(b)(1). If a party files objections, however, the district court must determine de novo any part of the Magistrate Judge's disposition that is the subject of a proper objection. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b). Because Defendant requested emergency injunctive relief, the Court did not wait for objections but instead

reviewed the R&R de novo in its entirety. For the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court finds that it lacks subject matter jurisdiction over this action.

Accordingly, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court **REMANDS** this case to the Magistrate Court of Fulton County.[1] There being no further issues before the Court, the Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 9th day of March, 2018.

_____
**Amy Totenberg**
**United States District Judge**

---

[1] As this case involves a pro se party, the Court provides further guidance. An order remanding the case means that the case will continue to be heard, but in the court where it was originally filed – here, the Magistrate Court of Fulton County. The case is simply being returned to the Magistrate Court of Fulton County for further proceedings. Because the case is not being dismissed, there is no right to appeal this order. Any future motions should be filed with the Magistrate Court of Fulton County.